1  David M. Poore, SBN 192541
   KAHN BROWN & POORE LLP
2  755 Baywood Drive, Suite 185
   Petaluma, California 94954
3  Telephone:    (707) 763-7100
   Facsimile:    (707) 763-7180
4  dpoore@kahnbrownlaw.com

5  Attorneys for Plaintiff
   MUMTAZ SHEREEN SUHAIL

6
                    **UNITED STATES DISTRICT COURT**
7
                    **NORTHERN DISTRICT OF CALIFORNIA**
8

9  MUMTAZ SHEREEN SUHAIL,                | **Case No. C 06-03424 MHP**

10            Plaintiff,

11                                        | **STIPULATION AND** ~~**PROPOSED**~~
                                          | **ORDER CONTINUING THE INITIAL**
12 v.                                     | **CASE MANAGEMENT CONFERENCE**

13

14 NAVIGANT INTERNATIONAL, INC.; TQ3
   NAVIGANT; TQ3 TRAVEL SOLUTIONS;
15 and DOES 1 through 50, inclusive,

16            Defendants.

17
        IT IS HEREBY STIPULATED AND AGREED UPON by the parties and their respective
18
   counsel of record that the initial case management conference ("CMC") be continued for
19
   approximately 60 days from September 25, 2006, at 4:00 p.m. in Courtroom 15, 18th Floor, San
20
   Francisco, California, to a date to be set by the Court. The parties agree that the following
21
   constitutes good cause to continue the initial CMC:
22
        • A dispute has arisen over which entity is the appropriate defendant in this matter.
23
          Defendants contend that the appropriate defendant is "Navigant Southwest LLC."
24
          Plaintiff believes that the above-named defendants are proper.
25
        • The parties have engaged in substantial meet and confer efforts over the past 45
26
          days to resolve this dispute without extensive motion practice and unnecessary
27
          discovery as to which entity is plaintiff's actual employer. Over the past week, the
28

-1-

-2-

1  parties have reached a tentative agreement that would allow the parties to enter
2  into a stipulation of fact resolving the dispute, including a stipulation for
3  amendment of the complaint, dismissal without prejudice of the above named
4  defendants, and a statute of limitations tolling agreement during the pendency of
5  this litigation. The parties anticipate that the stipulation will be finalized within
6  the next week.

7  - The parties request that the initial CMC be continued for 60 days to finalize this
8  stipulation to allow the amended defendant Navigant Southwest LLC to file an
9  answer.

10 - The parties are not making this request for the purposes of any delay. Instead, the
11 parties are making this request to avoid unnecessary motion practice, including
12 motions to dismiss and/or summary judgment, that would unduly burden the Court
13 with legal issues that are being resolved by the parties, including unnecessary
14 attorneys' fees and costs in litigating this dispute.

15  SO STIPULATED.

17  Dated: September 14, 2006     KAHN BROWN & POORE LLP

19                                By:_____/s/_____
                                      David M. Poore
20                                    Attorneys for Plaintiff

21  Dated: September 14, 2006     MANATT PHELPS & PHILLIPS LLP

23                                By:_____/s/_____
                                      Andrew Satenberg
24                                    Attorneys for Defendants

-2-
STIPULATION AND PROPOSED ORDER CONTINUING INITIAL CMC
SUHAIL V. NAVIGANT, INC., ET. AL., CASE NO. C 06-03424 MHP

# [PROPOSED] ORDER

**IT IS SO ORDERED**. The initial case management conference is continued from September 25, 2006, at 4:00 p.m. in Courtroom 15, 18th Floor, San Francisco, California, to __November 27, 2006_____, at 4:00 p.m. in Courtroom 15, 18th Floor, San Francisco, California.

Dated: 9/18/2006                                    _____
                                                                            COURT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA