1  David M. Poore, SBN 192541
   KAHN BROWN & POORE LLP
2  755 Baywood Drive, Suite 185
   Petaluma, California 94954
3  Telephone:     (707) 763-7100
   Facsimile:     (707) 763-7180
4  dpoore@kahnbrownlaw.com

5  Attorneys for Plaintiff
   MUMTAZ SHEREEN SUHAIL

6
                    UNITED STATES DISTRICT COURT
7
                  NORTHERN DISTRICT OF CALIFORNIA
8

9  MUMTAZ SHEREEN SUHAIL,                 | Case No.  C 06-03424 MHP

10              Plaintiff,
                                          | STIPULATION AND PROPOSED ORDER
11                                        | CONTINUING THE INITIAL CASE
   v.                                     | MANAGEMENT CONFERENCE
12

13
   NAVIGANT INTERNATIONAL, INC.; TQ3
14 NAVIGANT; TQ3 TRAVEL SOLUTIONS;
   and DOES 1 through 50, inclusive,
15
                Defendants.
16

17       IT IS HEREBY STIPULATED AND AGREED UPON by the parties and their respective

18 counsel of record that the initial case management conference ("CMC") be continued from

19 November 27, 2006 until January 8, 2007 at 4:00 p.m. in Courtroom 15, 18th Floor, San

20 Francisco, California.  The parties agree that the following constitutes good cause to continue the

21 initial CMC:

22       • The parties have been continuing substantial meet and confer efforts since the last

23         continuance of the Initial Case Management Conference in attempts to resolve

24         disputes by entering into a stipulation, which calls for amendment of the complaint

25         (including amending named defendants), dismissal without prejudice of certain

26         defendants, and a statute of limitations tolling agreement during the pendency of

27         this litigation.   The parties have tentatively finalized a stipulation and the

28         stipulation is awaiting approval of defendant Navigant Southwest LLC.

                                         -1-

1   • The parties request that the CMC be continued for 30 days, until the next available

2   court date of January 8, 2007, to file the stipulation, amend the complaint, and to

3   allow the amended defendant Navigant Southwest LLC to file an answer.

4   • The parties are not making this request for the purposes of any delay. Instead, the

5   parties are making this request to avoid unnecessary motion practice, including

6   motions to dismiss and/or summary judgment, that would unduly burden the Court

7   with legal issues that are being resolved by the parties, including unnecessary

8   attorneys' fees and costs in litigating this dispute.

9   SO STIPULATED.

10

11   Dated: November 20, 2006                    KAHN BROWN & POORE LLP

12

13                                              By:_____

14                                                  David M. Poore
                                                    Attorneys for Plaintiff

15   Dated: November 20, 2006                    MANATT PHELPS & PHILLIPS LLP

16

17                                              By:_____

18                                                  Andrew Satenberg
                                                    Attorneys for Defendants

19   \\\

20   \\\

21   \\\

22   \\\

23   \\\

24   \\\

25   \\\

26   \\\

27   \\\

28

-2-

STIPULATION AND PROPOSED ORDER CONTINUING INITIAL CMC
SUHAIL V. NAVIGANT, INC., ET. AL., CASE NO. C 06-03424 MHP

1   **[PROPOSED] ORDER**

2

3       **IT IS SO ORDERED.**  The initial case management conference is continued from

4   November 27, 2006, at 4:00 p.m. in Courtroom 15, 18th Floor, San Francisco, California, to

5   January 8, 2007, at 4:00 p.m. in Courtroom 15, 18th Floor, San Francisco, California.

6

7

8   Dated: _____11/27/06_____                    _____

9                                               UNITED STATES DISTRICT COURT JUDGE

10                                               Judge Marilyn H. Patel

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

STIPULATION AND PROPOSED ORDER CONTINUING INITIAL CMC
SUHAIL V. NAVIGANT, INC., ET. AL., CASE NO. C 06-03424 MHP