1   David M. Poore, SBN 192541
    KAHN BROWN & POORE LLP
2   755 Baywood Drive, Suite 185
    Petaluma, California 94954
3   Telephone:    (707) 763-7100
    Facsimile:    (707) 763-7180
4   dpoore@kahnbrownlaw.com

5   Attorneys for Plaintiff
    MUMTAZ SHEREEN SUHAIL
6
                    UNITED STATES DISTRICT COURT
7.
                    NORTHERN DISTRICT OF CALIFORNIA
8

9   MUMTAZ SHEREEN SUHAIL,              | Case No.  C 06-03424 MHP

10              Plaintiff,
                                         STIPULATION AND PROPOSED
11                                       ORDER TO FILE AMENDMENT TO
    v.                                   COMPLAINT TO SUBSTITUTE DOE 1
12                                       AS NAVIGANT SOUTHWEST LLC

13
    NAVIGANT INTERNATIONAL, INC.; TQ3
14  NAVIGANT; TQ3 TRAVEL SOLUTIONS;
    and DOES 1 through 50, inclusive,
15
                Defendants.
16

17      IT IS HEREBY STIPULATED AND AGREED UPON by the parties and their respective

18  counsel of record that plaintiff be allowed to file an amendment to the complaint to substitute

19  DOE 1 as defendant Navigant Southwest LLC. The parties agree and stipulate as follows:

20          • Defendants contend that plaintiff's actual employer is Navigant Southwest LLC,

21              and not the named defendants;

22          • Defendants stipulate to allow plaintiff to file an amendment to the complaint

23              substituting DOE 1 as defendant Navigant Southwest LLC;

24          • The parties stipulate and agree that plaintiff will dismiss defendants Navigant

25              International, Inc., TQ3 Navigant, and TQ3 Travel Solutions, without prejudice,

26              and, in exchange, defendants will agree to a tolling of any statutes of limitations or

27              deadlines, whether administrative or statutory, to allow plaintiff to re-assert any of

28
                                        -1-

1            the allegations or causes of action against defendants if discovery reveals that any

2            of the defendants were plaintiff's employer, including joint employer, or any of

3            these defendants committed any of the misconduct alleged in the complaint;

4     • Defendants, including Navigant Southwest LLC, stipulate and agree that defendant

5            Navigant Southwest LLC is plaintiff's "employer" for purposes of this action, and

6            that such stipulation will be binding at trial or any hearing in this matter;

7     • Defendant Navigant Southwest LLC will not allege any defense of statute of

8            limitations or failure to exhaust administrative remedies, including obtaining any

9            right-to-sue letters from the Equal Employment Opportunity Commission

10           ("EEOC") and/or California Department of Fair Employment and Housing

11           ("DFEH"), as a result of being substituted into this action as DOE 1 for any of the

12           allegations or facts alleged in the complaint. Defendant Navigant Southwest LLC

13           agrees that any right-to-sue letters previously obtained by Navigant International,

14           Inc., TQ3 Navigant, and/or TQ3 Travel Solutions will be equally applicable to

15           defendant Navigant Southwest LLC;

16     • The parties are not making this request for the purposes of any delay. Instead, the

17           parties are making this request to avoid unnecessary motion practice, including

18           motions to dismiss and/or summary judgment on the sole issue of "employer," that

19           would unduly burden the Court with legal issues that are being resolved by the

20           parties, including unnecessary attorneys' fees and costs in litigating this dispute.

21      ///

22      ///

23      ///

24      ///

25      ///

26      ///

27

28

STIPULATION AND PROPOSED ORDER RE AMENDMENT TO COMPLAINT
SUHAIL V. NAVIGANT, INC., ET. AL., CASE NO. C 06-03424 MHP



1   SO STIPULATED.

2

3   Dated: November 10, 2006                      KAHN BROWN & POORE LLP

4

5                                                  By:_____
                                                        David M. Poore
6                                                       Attorneys for Plaintiff

7

8

9

10   Dated: November 30, 2006                     MANATT PHELPS & PHILLIPS LLP

11

12                                                 By: Andrew Satenberg
                                                        Andrew Satenberg
13                                                      Attorneys for Defendants and Navigant
                                                        Southwest LLC
14

15           ///

16           ///

17           ///

18           ///

19           ///

20           ///

21           ///

22           ///

23           ///

24           ///

25           ///

26           ///

27

28                                        -3-
     STIPULATION AND PROPOSED ORDER RE AMENDMENT TO COMPLAINT
     SUHAIL V. NAVIGANT, INC., ET. AL., CASE NO. C 06-03424 MHP

1

2                                ~~[PROPOSED]~~ ORDER

3

4          **IT IS SO ORDERED.**  Plaintiff is hereby allowed to file and serve a DOE amendment

5     to the complaint substituting defendant Navigant Southwest LLC as DOE 1 in this action in

6     accordance with terms of the above stipulation.

7

8                    12/6/06

9     Dated: _____
                                              UNITED STATES DISTRICT COURT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                              -4-