1   David M. Poore, SBN 192541
    KAHN BROWN & POORE LLP
2   755 Baywood Drive, Suite 185
    Petaluma, California 94954
3   Telephone:    (707) 763-7100
    Facsimile:    (707) 763-7180
4   dpoore@kahnbrownlaw.com

5   Attorneys for Plaintiff
    MUMTAZ SHEREEN SUHAIL
6
    Andrew Satenberg, SBN 174840
7   MANATT, PHELPS & PHILLIPS, LLP
    11355 West Olympic Blvd.
8   Los Angeles, California 90064
    Telephone:    (310) 312-4312
9   Facsimile:    (310) 312-4224

10
    Attorneys for Defendants
11

12                  **UNITED STATES DISTRICT COURT**

13                  **NORTHERN DISTRICT OF CALIFORNIA**

14

| | |
|---|---|
| MUMTAZ SHEREEN SUHAIL, | **Case No. C 06-03424 MHP** |
| Plaintiff, | **STIPULATED REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE AND PROPOSED ORDER** |
| v. | |
| NAVIGANT INTERNATIONAL, INC.; TQ3 NAVIGANT; TQ3 TRAVEL SOLUTIONS; NAVIGANT SOUTHWEST LLC (DOE 1), and DOES 2 through 50, inclusive, | Date:  January 8, 2007<br>Time:  4:00 p.m.<br>Courtroom 15, 18th Floor<br>San Francisco Courthouse |
| Defendants. | |

24      IT IS HEREBY STIPULATED AND AGREED UPON by the parties and their respective

25   counsel of record that counsel for Plaintiff MUMTAZ SHEREEN SUHAIL and counsel for

26   defendants be granted their request to appear by telephone at the Case Management Conference

27

28
                                    -1-

1  scheduled for January 8, 2007, at 4:00 p.m. The parties agree that the following constitutes good
2  cause to allow the telephonic appearance of the parties at the Case Management Conference:

3  This request is made for the purpose of avoiding costs and attorneys fees that will be
4  incurred in traveling to San Francisco. Counsel for defendants is Andrew Satenberg of Manatt,
5  Phelps & Phillips LLP, whose office is located at 11355 West Olympic Boulevard, Los Angeles,
6  California. Defendants and their counsel, Mr. Satenberg would be required to make travel
7  arrangements to travel to San Francisco from Los Angeles and would incur substantial expense
8  and additional attorneys' fees for the personal attendance of defendants' counsel at the Case
9  Management Conference.

10  Counsel for plaintiff is David M. Poore of Kahn Brown & Poore LLP, whose office is
11  located at 755 Baywood Drive, Suite 185, Petaluma, California. While the U.S. District Court's
12  San Francisco Courthouse is located only approximately 40 miles from plaintiff's counsel's
13  office, due to usual heavy traffic conditions, the travel time for plaintiff's counsel to personally
14  appear at the hearing can be in excess of one hour each way. If the parties were allowed to appear
15  at the Case Management Conference by telephone, it would avoid the additional costs and
16  attorneys' fees that would be incurred should the parties have to personally appear. The parties
17  believe that a telephonic appearance in this matter would promote judicial economy and the
18  furtherance of justice.

19  Since the parties prepared a stipulation addressing the issues to be resolved at the Case
20  Management Conference, the parties believe that any issues that might come up at the conference
21  could be fully addressed via a telephonic appearance.

22  This request is being made pursuant to the Court's Order Setting Conference filed in this
23  case on May 25, 2006 wherein it states that Case Management Conferences may be heard by

24  \\\
25  \\\
26  \\\
27  \\\
28

-2-

1  telephone if all the parties agree and with the approval of the court. Accordingly, the parties

2  request the court's approval.

3  Dated: January 2, 2007                        KAHN BROWN & POORE LLP

4

5                                                By:_____

                                                    David M. Poore
6                                                   Attorneys for Plaintiff

7

8

9  Dated: January ___, 2007                      MANATT PHELPS & PHILLIPS LLP

10

                                                 By:_____SEE ATTACHED_____
11                                                  Andrew Satenberg
                                                    Attorneys for Defendants
12

13  \\\

14  \\\

15  \\\

16  \\\

17  \\\

18  \\\

19  \\\

20  \\\

21  \\\

22  \\\

23  \\\

24  \\\

25  \\\

26  \\\

27  \\\

28
                                              -3-

1  telephone if all the parties agree and with the approval of the court. Accordingly, the parties

2  request the court's approval.

3  Dated: January ___, 2007                    KAHN BROWN & POORE LLP

4

5                                                By:_____
                                                      David M. Poore
6                                                     Attorneys for Plaintiff

7

8

9  Dated: January 2, 2007                       MANATT PHELPS & PHILLIPS LLP

10

11                                               By:_____
                                                      Andrew Satenberg
12                                                    Attorneys for Defendants

13  \\\

14  \\\

15  \\\

16  \\\

17  \\\

18  \\\

19  \\\

20  \\\

21  \\\

22  \\\

23  \\\

24  \\\

25  \\\

26  \\\

27  \\\

28
                                          -3-

1

## <u>ORDER</u>

2      Good cause showing, the request to attend the Case Management Conference by telephone

3  is granted.    The conference is reset to January 12, 2007, the parties shall arrange the conference

call for 2:00 p.m.  Telephonic conference calls are not conducted

4      IT IS SO ORDERED.     on Mondays.

5

Date:    January 3, 2007

6

7                                   HON. MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-