David M. Poore, SBN 192541
KAHN BROWN & POORE LLP
755 Baywood Drive, Suite 185
Petaluma, California  94954
Telephone:   (707) 763-7100
Facsimile:    (707) 763-7180
dpoore@kahnbrownlaw.com

Attorneys for Plaintiff
MUMTAZ SHEREEN SUHAIL

Andrew Satenberg, SBN 174840
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Blvd.
Los Angeles, California 90064
Telephone:   (310) 312-4312
Facsimile:    (310) 312-4224
asatenberg@manatt.com

Attorneys for Defendant
NAVIGANT SOUTHWEST LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUMTAZ SHEREEN SUHAIL,<br><br>Plaintiff,<br><br>v.<br><br>NAVIGANT INTERNATIONAL, INC.; TQ3 NAVIGANT; TQ3 TRAVEL SOLUTIONS; NAVIGANT SOUTHWEST LLC (DOE 1), and DOES 2 through 50, inclusive,<br><br>Defendants. | **Case No.  C 06-03424 MHP**<br><br>**JOINT STIPULATION OF PARTIES TO MOVE THE CASE MANAGEMENT CONFERENCE TO ANOTHER DATE EITHER BEFORE OR AFTER THE CURRENT DATE**<br><br>Current Case Management Conference: April 16, 2007, 3:00 p.m.<br><br>Hon. Marilyn Hall Patel |

-1-
JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
SUHAIL V. NAVIGANT, INC., ET. AL., CASE NO. C 06-03424 MHP

1    WHEREAS, a second Case Management Conference in the above-captioned matter is currently set for April 16, 2007, at 3:00 p.m., before this Court;

WHEREAS, lead trial counsel representing Defendant plans to attend the Case Management Conference in person, but has a pre-scheduled, out-of-town engagement on April 16, 2007;

WHEREAS, upon learning that the Court had set the Case Management Conference in this action on April 16, 2007, counsel for Defendant has worked diligently to try and move the pre-scheduled, out-of-town engagement to another date, but has been unable to do so;

WHEREAS, the parties have jointly agreed and stipulated to respectfully request that this Court move the Case Management Conference to an alternate date, either before or after April 16, 2007;

WHEREAS, this request is not being made for the purposes of delay, or any other improper purpose, as evidenced by the fact that the parties will accept an alternate Case Management Conference date *either before or after* the current Case Management Conference date of April 16, 2007;

WHEREAS, moving the Case Management Conference to a date either before or after April 16, 2007 will not prejudice either party or their counsel;

NOW, THEREFORE, IT IS HEREBY STIPULATED and agreed by Plaintiff and Defendant, through their respective attorneys of record, that the Case Management Conference in this action, currently set for April 16, 2007 at 3:00 p.m., be continued either to April 9, 2007 at 3:00 p.m., April 23, 2007 at 3:00 p.m., or on a date and time that the Court may deem appropriate.

///
///
///

IT IS SO STIPULATED.

Dated: February 28, 2007        KAHN BROWN & POORE LLP

By: /s/
David M. Poore
Attorneys for Plaintiff

Dated: February 28, 2007        MANATT PHELPS & PHILLIPS LLP

By: /s/
Andrew Satenberg
Attorneys for Defendant

*Filer's Attestation: Andrew L. Satenberg and David M. Poore hereby attest that they have in their respective files their holograph signatures for any of their signatures indicated by a "conformed" signature /s/ within this e-filed document.*

## **ORDER**

Having reviewed the Stipulation of the parties, and good cause appearing:

IT IS HEREBY ORDERED THAT the Case Management Conference in this action, currently set for April 16, 2007, be continued to __APRIL 23__, 2007 at __3:00__ a.m./p.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: __3/7__, 2007        _____
Hon. Marilyn H. Patel

*IT IS SO ORDERED*
[Signature: Judge Marilyn H. Patel]
[Seal: United States District Court, Northern District of California]

41091476.1

-3-