1  David M. Poore, SBN 192541
   KAHN BROWN & POORE LLP
2  755 Baywood Drive, Suite 185
   Petaluma, California  94954
3  Telephone:   (707) 763-7100
   Facsimile:    (707) 763-7180
4  dpoore@kahnbrownlaw.com

5  Attorneys for Plaintiff
   MUMTAZ SHEREEN SUHAIL

6
   Andrew Satenberg, SBN 174840
7  MANATT, PHELPS & PHILLIPS, LLP
   11355 West Olympic Blvd.
8  Los Angeles, California 90064
   Telephone:   (310) 312-4312
9  Facsimile:    (310) 312-4224
   asatenberg@manatt.com
10
   Attorneys for Defendant
11 NAVIGANT SOUTHWEST LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUMTAZ SHEREEN SUHAIL,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NAVIGANT INTERNATIONAL, INC.; TQ3 NAVIGANT; TQ3 TRAVEL SOLUTIONS; NAVIGANT SOUTHWEST LLC (DOE 1), and DOES 2 through 50, inclusive,<br><br>　　　　　Defendants. | **Case No.  C 06-03424 MHP**<br><br>**JOINT STIPULATION OF PARTIES TO CONTINUE MEDIATION COMPLETION DEADLINE**<br><br>Current Mediation Completion Deadline: June 8, 2007.<br><br>**Proposed and Stipulated Mediation Completion Deadline: June 15, 2007**<br><br>Hon. Marilyn Hall Patel |

1  WHEREAS, at the Case Management Conference conducted by this
2  Court on April 23, 2007, the Court instructed the parties to engage in and complete
3  mediation no later than June 8, 2007;
4  WHEREAS, David Kelley was selected to mediate the above-
5  captioned matter;
6  WHEREAS, the parties promptly and jointly worked with each other
7  and Mr. Kelley to set a mediation for June 5, 2007;
8  WHEREAS, an unforeseeable conflict in scheduling has arisen that
9  makes June 5, 2007 no longer available for the mediation of this matter;
10  WHEREAS, the parties immediately and jointly worked with Mr.
11  Kelley to reschedule the mediation for June 14, 2007, which date is currently
12  reserved;
13  WHEREAS, the parties currently believe that the mediation will
14  benefit the parties in pursuing a settlement of this action;
15  WHEREAS, the parties have jointly agreed and stipulated to
16  respectfully request that this Court grant a brief continuance of the Mediation
17  Completion Deadline by one week from June 8, 2007 to June 15, 2007 so that the
18  parties can have an opportunity to mediate this case before proceeding with
19  litigation;
20  WHEREAS, this request is not being made for the purposes of delay,
21  or any other improper purpose;
22  WHEREAS, briefly continuing the Mediation Completion Deadline
23  will not prejudice either party or their counsel;
24  NOW, THEREFORE, IT IS HEREBY STIPULATED and agreed by
25  Plaintiff and Defendant, through their respective attorneys of record, that this Court
26  continue the Mediation Completion Deadline by one week from June 8, 2007 to
27  June 15, 2007.
28

IT IS SO STIPULATED.

Dated: May 22, 2007				KAHN BROWN & POORE LLP

						By: /s/
						    David M. Poore
						    Attorneys for Plaintiff

Dated: May 22, 2007				MANATT PHELPS & PHILLIPS LLP

						By: /s/
						    Andrew Satenberg
						    Attorneys for Defendant

*Filer's Attestation: Andrew L. Satenberg and David M. Poore hereby attest that they have in their respective files their holograph signatures for any of their signatures indicated by a "conformed" signature /s/ within this e-filed document.*

## **ORDER**

Having reviewed the Stipulation of the parties, and good cause appearing:

IT IS HEREBY ORDERED THAT the Mediation Completion Deadline, currently set for June 8, 2007, be continued by one week to June 15, 2007.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: May 23, 2007				_____
						Hon. Judge Marilyn H. Patel

*IT IS SO ORDERED*

-3-