David M. Poore, SBN 192541
KAHN BROWN & POORE LLP
755 Baywood Drive, Suite 185
Petaluma, California 94954
Telephone:   (707) 763-7100
Facsimile:   (707) 763-7180
dpoore@kahnbrownlaw.com

Attorneys for Plaintiff
MUMTAZ SHEREEN SUHAIL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUMTAZ SHEREEN SUHAIL,<br><br>　　　　Plaintiff,<br><br>v.<br><br><br>NAVIGANT INTERNATIONAL, INC.; TQ3 NAVIGANT; TQ3 TRAVEL SOLUTIONS; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No.  C 06-03424 MHP<br><br>**STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

　　　IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the entire above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41 (a) (1).

　　　SO STIPULATED.

\\\

\\\

\\\

\\\

\\\

\\\

-1-

Dated: August 17, 2007          KAHN BROWN & POORE LLP

By: _____
David M. Poore
Attorneys for Plaintiff

Dated: August 29, 2007          MANATT PHELPS & PHILLIPS LLP

By: _____
Andrew Satenberg
Attorneys for Defendants

## [PROPOSED] ORDER

IT IS SO ORDERED.

The above-captioned action is hereby DISMISSED with prejudice pursuant to FRCP 41 (a)(1).

Dated: 9/6/2007             _____
                            UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel